THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. IF COPIED THE WORD "VOID" WILL ALSO APPEAR.

**Capital One Bank**

CASHIER'S CHECK  9104116628

81-187/1111

DATE 11/13/2018

ISSUING REGION 030    BRANCH Prestonwood    BRANCH DID 41949

THIRTY SEVEN THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS

PAY TO THE ORDER OF *** CLS CAPITAL GROUP, INC ***

$ 37,500.00

Drawer: Capital One, N.A.

FIFTH THIRD BANK- 042000314
ACCT #7977818843

RE: KEN GAZIAN

AUTHORIZED SIGNATURE

Read the reverse side for important information on the reissuance of lost, destroyed, or stolen cashier's check
THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑨10411⑥628  ⅈ111104879ⅈ 76 20⎯0001 6⎯

ProcDate: 2018/11/13
CheckAmt: 37,500.00
SerialNum: 9104116628
MflmSeqNum: 178464
X9A1BofdDate: 20181113





ProcDate: 2018/11/13
CheckAmt: 37,500.00
SerialNum: 9104116629
MflmSeqNum: 178468
X9A1BofdDate: 20181113

