UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| Pierre Investments, Inc., *et al.* | ) Case No. 1:22-cv-155 |
| | ) |
| Plaintiffs, | ) Judge Timothy S. Black |
| | ) |
| vs. | ) |
| | ) |
| Fifth Third Bank, an Ohio banking Corporation, *et al.* | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF COUNT 11, 12 and 14 AGAINST ALL PARTIES

Pursuant to the Rules of Civil Procedure 41(A)(1)(a), Plaintiffs hereby dismiss with prejudice Count 11 (Breach of Contract), Count 12 (Breach of Contract-Third Party Beneficiary) and Count 14 (Restitution) against all parties.

This 4th day of June, 2022.

        Respectfully submitted,

        /s/Cynthia M. Rodgers
        Cynthia M. Rodgers  # 0099896
        Law Office of Cynthia M. Rodgers, L.L.C.
        P.O. Box 1
        605 Cass St
        Dresden, Ohio 43821
        Telephone:  (740) 575-6870
        Fax:          (740) 754-2484
        Email: cynthia@cynthiarodgerslaw.com
        *Attorney for Plaintiffs*

## Certificate of Service

I hereby certify that on this 4th day of June, 2022, the foregoing document was electronically filed with the clerk of Court for the U.S.D.C. for the Southern District of Ohio via the Court's CM/ECF system, which system will notify all parties of the filing of same. The parties may access this filing through the Court's system.

/s/Cynthia M. Rodgers
Cynthia M. Rodgers #0099896
*Attorney for Plaintiffs*