# Fifth Third Bank Of Western Ohio Na

## SEC CIK #0000884305

SEC.report (https://sec.report) › / CIK (https://sec.report/CIK) › / Fifth Third Bank Of Western Ohio Na (https://sec.report/CIK/0000884305)

Security and Exchange Commission registration information for **Fifth Third Bank Of Western Ohio Na**. Documents include ownership statements, and insider trading documentation.

| Company Details | |
|---|---|
| Date of Edgar Filing Update | 1992-03-03 |
| Business Address | 326 N MAIN ST P O BOX 703PIQUA, OHIO 45356 |

–Documents    Email Notifications    (/CIK/0000884305.rss)

Fifth Third Bank Of Western Ohio Na has not filed any forms with the SEC apart from initial company registration.

### Related SEC Filings - Fifth Third 🔎 (/CIK/Search/Fifth+Third)

| | |
|---|---|
| FIFTH THIRD BANCORP of OHIO (/CIK/0000035527) | 0000035527 (/CIK/0000035527) |
| Fifth Third Auto Trust 2019-1 of DELAWARE (/CIK/0001772608) | 0001772608 (/CIK/0001772608) |
| FIFTH THIRD SECURITIES, INC. of OHIO (/CIK/0000073956) | 0000073956 (/CIK/0000073956) |
| FIFTH THIRD CAPITAL TRUST VI of DELAWARE (/CIK/0001163953) | 0001163953 (/CIK/0001163953) |

| | |
|---|---|
| Fifth Third Auto Trust 2014-2 of DELAWARE (/CIK/0001607333) | 0001607333 (/CIK/0001607333) |
| Fifth Third Auto Trust 2017-1 of DELAWARE (/CIK/0001715585) | 0001715585 (/CIK/0001715585) |
| Fifth Third Auto Trust 2014-1 of DELAWARE (/CIK/0001595122) | 0001595122 (/CIK/0001595122) |
| Fifth Third Auto Trust 2013-A of DELAWARE (/CIK/0001571504) | 0001571504 (/CIK/0001571504) |
| Fifth Third Auto Trust 2013-1 of DELAWARE (/CIK/0001581652) | 0001581652 (/CIK/0001581652) |
| Fifth Third Capital Trust VII of DELAWARE (/CIK/0001429701) | 0001429701 (/CIK/0001429701) |
| Fifth Third Auto Trust 2015-1 of DELAWARE (/CIK/0001652885) | 0001652885 (/CIK/0001652885) |
| FIFTH THIRD BANK /TN/ of TENNESSEE (/CIK/0000846903) | 0000846903 (/CIK/0000846903) |
| Fifth Third Auto Trust 2014-3 of DELAWARE (/CIK/0001619346) | 0001619346 (/CIK/0001619346) |
| Fifth Third Securities of OHIO (/CIK/0001326934) | 0001326934 (/CIK/0001326934) |
| FIFTH THIRD BANK of OHIO (/CIK/0000035528) | 0000035528 (/CIK/0000035528) |
| Fifth Third Capital Holdings, LLC of DELAWARE (/CIK/0001584031) | 0001584031 (/CIK/0001584031) |
| FIFTH THIRD FUNDS of MASSACHUSETTS (/CIK/0000840678) | 0000840678 (/CIK/0000840678) |
| Fifth Third Auto Trust 2008-1 (/CIK/0001413035) | 0001413035 (/CIK/0001413035) |
| Fifth Third Holdings Funding, LLC of DELAWARE (/CIK/0001405332) | 0001405332 (/CIK/0001405332) |
| Fifth Third Auto Trust 2008-2 of DELAWARE (/CIK/0001439902) | 0001439902 (/CIK/0001439902) |
| Fifth Third Capital Trust IX of DELAWARE (/CIK/0001429699) | 0001429699 (/CIK/0001429699) |
| Fifth Third Capital Trust VIII of DELAWARE (/CIK/0001429700) | 0001429700 (/CIK/0001429700) |
| Fifth Third Capital Trust X of DELAWARE (/CIK/0001429698) | 0001429698 (/CIK/0001429698) |
| Fifth Third Capital Trust XI of DELAWARE (/CIK/0001429697) | 0001429697 (/CIK/0001429697) |

🔎 conduct a search (/CIK/Search/Fifth+Third) for additional similar companies

© 2022 SEC.report | Contact (https://sec.report/contact.php) | 😊 (https://www.reddit.com/search/?q=site%3Asec.report) | 🐦 (https://twitter.com/EdgarInsider)
Data is automatically aggregated and provided "as is" without any representations or warranties, express or implied.

SEC.report is not affiliated with the U.S. S.E.C. or EDGAR System. Disclosure & Privacy Policy (https://sec.report/privacy_policy.php)
SEC CFR Title 17 of the Code of Federal Regulations. (https://ecfr.io/Title-17/)