## JON HUSTED
### OHIO SECRETARY OF STATE

180 East Broad Street, 16th Floor | Columbus, Ohio 43215
Tel: (877) 767-6446 | Fax: (614) 644-0649 | *www.OhioSecretaryofState.gov*

**Mail To:**
**FIFTH THIRD BANK**
**38 FOUNTAIN SQUARE PLZ**
**CINCINNATI, OH 45263**

---------------------------------cut along dotted line---------------------------------



## *The State of Ohio*
## 🌸 *Certificate* 🌸

### *Secretary of State - Jon Husted*

### *1481492*

*It is hereby certified that the Secretary of State of Ohio has custody of the business records for FIFTH THIRD BANK (NORTHWESTERN OHIO) and that said business records show the recording of:*

**CANCELLATION**
**CANCELLED BY OPERATION OF LAW**

---

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio, This 15th day of August A.D. 2014



Jon Husted
Secretary of State