**FIFTH THIRD BANK**
FIFTH THIRD BANK (NORTHWESTERN OHIO)
P.O. BOX 636045
CINCINNATI, OH 45263-6045

MOCKENSTURM LTD IOLTA
CLS CAPITAL ESCROW ACCOUNT
1119 ADAMS ST
TOLEDO OH 43604



**FIFTH THIRD BANK**

ACCOUNT NUMBER

INVOICE NUMBER
11-16 007579

ACCOUNT ANALYSIS
INVOICE

NEW BALANCE
233.50

PLEASE INCLUDE THE TOP HALF OF THIS INVOICE WITH YOUR PAYMENT
11-09-16 PREVIOUS BALANCE               233.50
12-09-16 CHARGE FOR SERVICES              .00
12-09-16 NEW BALANCE                    233.50

INVOICE 11-16 007579    DUE DATE: 12-27-16

FIFTH THIRD BANK (NORTHWESTERN OHIO)
P.O. BOX 636045
CINCINNATI, OH 45263-6045

MOCKENSTURM LTD IOLTA
CLS CAPITAL ESCROW ACCOUNT
1119 ADAMS ST
TOLEDO OH 43604

ACCOUNT NUMBER

INVOICE NUMBER
11-16 007579

ACCOUNT ANALYSIS
INVOICE

NEW BALANCE
233.50