(/Home.aspx/index)

Mayor Muriel Bowser

311 Online (https://311.dc.gov)     Agency Directory (https://dc.gov/directory)     Online Services (https://dc.gov/online-services)     Accessibility (https://dc.gov/page/dcgov-accessibility-policy)

Home (/Home.aspx)
Edit Account (/Account.aspx/AccountManagement)
Sign Out (/Account.aspx/LogOff?signoutFromCropLogin=true)

# Fifth Third Bank Inc. - Initial File Number: C00006280672

Main     Reports     Trade Names     Beneficial Owners

## Entity Info

**Business Name**
Fifth Third Bank

**Suffix**
Inc.

**Registration / Effective Date**
4/18/2019

**Commencement Date**
4/18/2019

**Entity Status**
Withdrawn

**Foreign Name**
Fifth Third Bank

**Date of Organization**
8/03/1994

**State**
Ohio

**Country**
USA

## Business Address

### Line1
c/o Corporation Service Company

### Line2
1090 Vermont Avenue N.W.

| City | State | Zip |
|---|---|---|
| Washington | District of Columbia | 20005 |

## Agent

### Is non-commercial Registered Agent?
No

### Name
CORPORATION SERVICE COMPANY

## Address

### Line1
1090 VERMONT AVE. NW

### Line2

| City | State | Zip |
|---|---|---|
| Washington | District of Columbia | 20005 |

### Email
info@cscglobal.com

**Return to Home**

---

**District News**

- Mayor's Public Schedule (https://mayor.dc.gov/newsroom)

- Citywide News (https://newsroom.dc.gov)
- Citywide Calendar (https://calendar.dc.gov/events)
- Subscribe to Receive Emails (https://service.govdelivery.com/accounts/DCWASH/subscriber/new)
- Subscribe to Text Alerts (https://hsema.dc.gov/page/alertdc)
- Subscribe to Newsletters (https://public.govdelivery.com/accounts/DCWASH/subscriber/new)

### District Initiatives

- Green DC (https://green.dc.gov)
- Grade DC (https://grade.dc.gov)
- Age-Friendly DC (https://agefriendly.dc.gov)
- Sustainable DC (https://sustainable.dc.gov)
- Connect DC (https://connect.dc.gov)
- Great Streets (https://greatstreets.dc.gov)
- Ready DC (https://ready.dc.gov)

### About DC

- Open DC (https://open.dc.gov)
- Budget (https://cfo.dc.gov/budget)
- Emancipation (https://emancipation.dc.gov)
- Consumer Protection (https://oag.dc.gov/consumer-protection)
- Contracts (https://dc.gov/contracts)
- Property Quest (https://propertyquest.dc.gov)
- Track DC (https://track.dc.gov)

### Contact Us

- Agency Director (https://directory.dc.gov)
- Call 311 (https://311.dc.gov)
- Contact the Mayor (https://dcforms.dc.gov/webform/executive-office-mayor-ask-mayor)
- Contact Agency Directors (https://dlcp.dc.gov/page/contact-agency-directors)
- FOIA Requests (https://foia.dc.gov)
- Report Website Problems (https://dcforms.dc.gov/webform/problems-dc-government-website)
- Send Feedback (https://feedback.dc.gov)