# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **Pierre Investments, Inc.,** *et al.* | ) | Case No:  1:22-cv-155 |
| | ) | |
| Plaintiffs, | ) | JUDGE TIMOTHY S. BLACK |
| | ) | |
| v. | ) | MAGISTRATE JUDGE STEPHANIE K. BOWMAN |
| | ) | |
| **Fifth Third Bank, an Ohio** | ) | **[PROPOSED] ORDER GRANTING** |
| **banking corporation,** *et al.* | ) | **SUBSTITUTION OF FIFTH THIRD BANK,** |
| | ) | **NATIONAL ASSOCIATION FOR** |
| Defendants. | ) | **FIFTH THIRD BANK, NORTHWESTERN** |
| | ) | **OHIO, NA TOLEDO AND FIFTH THIRD** |
| | ) | **BANK, AN OHIO banking corporation** |

Upon consideration of Plaintiffs' Motion to Substitute Fifth Third Bank, National Association for Fifth Third Bank, Northwestern Ohio, NA Toledo and Fifth Third Bank, an Ohio banking corporation, the Court finds the Motion to be well-taken, and is hereby GRANTED.

Accordingly, Fifth Third Bank, National Association shall be substituted for Fifth Third Bank, Northwestern Ohio, NA Toledo and Fifth Third Bank, an Ohio banking corporation in the Amended Complaint that was filed 03/21/2022.

**SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
STEPHANIE K. BOWMAN