AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| PIERRE INVESTMENTS, INC., *et al.,* | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No.   1:22-cv-155 |
| FIFTH THIRD BANCORP, *et al.,* | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The Amended Complaint (Doc. 13), as asserted against the "Fifth Third Bank, an Ohio banking corporation," "Fifth Third Bank, Northwestern Ohio, NA Toledo," "Fifth Third Bank, National Association," "Fifth Third Bancorp," Brian Reid, Julie Kreistenak, and Blake Williams, is DISMISSED with prejudice in its entirety; The Amended Complaint (Doc. 13), as asserted against the Ohio Secretary of State and the Delaware Secretary of State, is DISMISSED without prejudice in its entirety; and this case is TERMINATED on the docket of this Court.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Timothy S. Black, U.S. District Judge _____ on motions to dismiss (Docs. 61, 64).

Date:   3/3/2023 _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*